JAMES C. NIELSEN (111889)
 jnielsen@nkllp.law
DANIEL N. KATIBAH (293251)
 dkatibah@nkllp.law
NIELSEN KATIBAH LLP
100 Smith Ranch Road, Suite 350
San Rafael, California 94903
Telephone: (415) 693-0900
Facsimile: (415) 693-9674

Attorneys for Plaintiff,
Mesa Underwriters Specialty Insurance Company

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION**

| | |
|---|---|
| MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>  v.<br><br>ALLERGAN, INC.,<br><br>        Defendant. | Case No. 8:20-cv-02333-SVW-KS<br><br>**NOTICE OF PARTIAL SETTLEMENT** |

    Plaintiff Mesa Underwriters Specialty Insurance Company has executed an agreement with Ironshore Specialty Insurance Company, under a policy of liability insurance that Ironshore issued to defendant Allergan, Inc., as named insured, to settle Mesa's <u>first</u> claim for relief in this lawsuit, for Reimbursement of Defense Fees and Costs.  Mesa has received Ironshore's settlement check issued on behalf of Allergan.  As such, the Mesa/Ironshore agreement is now finalized and Mesa has

released Allergan from any and all possible liability on Mesa's <u>first</u> claim for Reimbursement of Defense Fees and Costs.

The Mesa/Ironshore settlement does not affect Mesa's <u>second</u> claim for relief, for Reimbursement of Settlement Payment. That claim remains live and continues to be a subject of Mesa's pending motion for summary judgment. (Dkt. 53.)

April 22, 2022

Respectfully submitted,
NIELSEN KATIBAH LLP

By: */s/ Daniel N. Katibah*
Daniel N. Katibah
Attorneys for Plaintiff Mesa Underwriters Specialty Insurance Company