JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>  v.<br><br>ALLERGAN, INC.,<br><br>        Defendant. | Case No. 8:20-cv-02333-SVW-KS<br><br>**FINAL JUDGMENT** |

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant Allergan, Inc. is liable to Plaintiff Mesa Underwriters Specialty Insurance Company for $800,000.00 in reimbursement and $102,487.67 in prejudgment interest thereon, for a total sum of $902,487.67.

Dated: May 23, 2022

Hon. Stephen V. Wilson
United States District Judge for the
Central District of California